FILED
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHELLE HARRISON )
414 37TH Place, S.E. apt. 201 )
Washington, D.C. 20019, )
           )
           )
       Plaintiff, )
           )
   v.      )   CASE NUMBER 1:06CV01756
           )
NURSE EVETTE LANE )   JUDGE: Richard J. Leon
3D EAST    )
50 Irving Street, N.W. )   DECK TYPE: Pro se General Civil
Washington, D.C. 20422 )
           )   DATE STAMP: 10/16/2006
           )
       Defendant. )
           )
_____)

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant respectfully notifies the Court as follows:

1. Defendant Evette Lane is named as the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No.0007449-06, entitled <u>Michelle Harrison v. Nurse Evette Lane</u>.

2. The above-entitled action was filed on October 3, 2006, in the D.C. Superior Court. Neither the United States Attorney's Office for the District of Columbia nor the Attorney General has been properly served pursuant to Fed. R. Civ. P. 4(i). A copy of the Summons and Complaint are attached hereto as Exhibit A.

3. Pursuant to 28 U.S.C. § 2679(d)(1), a certification of the scope of employment is concurrently filed with this Notice of Removal and, therefore, effecting the substitution of the

United States as the sole federal defendant in this action as to any common law claims Plaintiff may be seeking against Defendant Evette Lane. See Exhibit B.

4. Plaintiff alleges that on or about September 28, 2006, Defendant Lane insulted her verbally and threatened to assault her.

5. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since Plaintiff's action against Defendant is one in which the district court has original jurisdiction.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia, is properly removed therefrom to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 2679(d)(2).

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KAREN L. MELNIK, D.C. BAR #436452
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

MICHELLE HARRISON
414 37TH Place, S.E. apt. 201
Washington, D.C. 20019

on this 16th day of October, 2006.

Karen L. Melnik
Assistant United States Attorney

SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA

MICHELLE HARRISON )
414 37TH Place, S.E. apt. 201 )
Washington, D.C. 20019, )
)
      Plaintiff, )
)
v. ) Civil Action No. 0007449-06
)
NURSE EVETTE LANE )
3D EAST )
50 Irving Street, N.W. )
Washington, D.C. 20422 )
)
      Defendant. )
_____)

**NOTICE OF FILING OF NOTICE**
**OF REMOVAL OF A CIVIL ACTION**

TO:   MICHELLE HARRISON
       414 37TH Place, S.E. apt. 201
       Washington, D.C. 20019

PLEASE TAKE NOTICE that on October 16, 2006, Defendant filed with the Clerk of the United States District Court for the District of Columbia and with the Clerk of the District of Columbia Superior Court a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

                                         Respectfully submitted,

                                         _____
                                         JEFFREY A. TAYLOR, D.C. Bar #498610
                                         United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
KAREN L. MELNIK, D.C. BAR #436452
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Filing of Notice of Removal of a Civil Action, has been made by mailing copies thereof to:

MICHELLE HARRISON
414 37TH Place, S.E. apt. 201
Washington, D.C. 20019

on this 16th day of October, 2006.

Karen L. Melnik
Assistant United States Attorney

CA Form 1

# Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Ms Michelle Harrison, *Plaintiff*

0007449-06

vs.

Civil Action No. _____

Ms Nurse Evetta Lane, *Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Michelle Harrison
Name of Plaintiff's Attorney

414 37th pl SE apt 201
Address
Washington DC 20019

202 471-0773
Telephone

Clerk of the Court

By _____ Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-458/May 03

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RECEIVED Civil Clerk's Office OCT 0 3 2006 Superior Court of the District of Columbia Washington, D.C.

Ms Michelle Harrison
414 37th pl SE Apt 201
Wash DC 20019

*Plaintiff*

CIVIL ACTION NO. 0007449-06

Ms Nurse Evette Lane
3D East
50 Irving St NW
Wash DC 20422

*Defendants*

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

I am a Homeless Vet I was verbally Harassed VA Hosp by staff Ms Nurse evette Lane I suffer from Depression she called me crazy, Bald Head Black Ass Bitch she told me to get a job she stated she better not catch me outside the Hospital She'll beat my ass Tina stated I had nothing so I was discharge Fearing for My life because she has Access to my address, Witness Paul Dickerson

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.

Phone:

DISTRICT OF COLUMBIA, ss

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Michelle Harrison
(Plaintiff / Agent)

Subscribed and sworn to before me this _____ day of _____ 20___.

(Notary Public/Deputy Clerk)

FORM CV-101V Rev. 00

# Superior Court of the District of Columbia
## CIVIL DIVISION

Ms Michelle Harrison
419 37th PL SE Apt 201  **Plaintiff**
Wash DC 20019

vs.

Ms Evette Line
Unit 3D East
50 Irving St NW
Wash DC 20y

No. **0007449-06**

RECEIVED
Civil Clerk's Office
Superior Court of the
District of Columbia
Washington, D.C.

**MOTION** (Pro-Se)

MOTION OF: Michelle Harrison for TRO

(State briefly what you want the Court to do) _A Restraining Order, For verbal abuse and threats, I'm a Homeless Vet, I was verbally abused and harrassed by staff Nurse, I suffer from Depression, I was critical, bald, had black is, blk, St Paul, assulted and after Not catching cabside Nurse snitched my ass_

| Printed name: Michelle Harrison | Signature: Michelle Harrison |
|---|---|
| Address: 419 31st PL SE apt 201 Wash DC 20019 | Home phone no. |
| | Business phone no. |

## CERTIFICATE OF SERVICE

On _____ 20 _____, I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Ms Nurse Evette Line | Name: |
|---|---|
| Unit 3D East | |
| Address: 50 Irving St NW Wash DC 20422 | Address: |

_Michelle Harrison_
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_I'm a Homeless Vet, My Daughter was killed May 2000 in a drive by incident, She was in the wrong place at the wrong time before discharge, I was a Nurse Aid and she should Never call a patient crazy verbally abuse it is harrasment by Nurse in the future all must be free from harm._

_Michelle Harrison_
Signature

Form CV-393/Dec 00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELLE HARRISON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06cv_____ |
| | ) |
| NURSE EVETTE LANE | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Michelle Harrison v. Nurse Evette Lane</u>, No. 0007449-06 (Super Ct. DC filed October 3, 2006), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that the named federal defendant – Michelle Harrison – was acting within the scope of her employment as an employee of the United States at the time of the alleged incidents.

October 16, 2006

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

06-1756
F
RJL

# CIVIL COVER SHEET
JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Michelle Harrison
414 37th Place, S.E. Wash. D.C. 20019

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington, D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)   11001

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
Evette Lane
50 Irving Street, N.W. Wash. D.C. 20422

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Washington, D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER   1:06CV01756

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 10/16/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ● F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ● 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Federal Tort Claims Act - plaintiff alleges defendant verbally assaulted her, and threatened to physically assault her

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐  NO ☒  If yes, please complete related case form.

DATE Oct. 16, 2006    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.