United States District Court
for the District of Columbia

Michelle Harrison

VS

Ms Evette Lane

06-1756 RJL

<u>Plaintiff Motion for temporary Restraining Order</u>

On Sept 28, 2006 between 530pm – 540 Ms Evette Lane Nurse at VA Hospital called me crazy bald head black Bitch she told me to get a job, She can't wait to catch me out on the street to kiss my ass. Also my witness Paul Dickerson wrote a statement as well Later that night she constantly kept walking pass my Room I am a patient in the Hospital and as a patient I have the right to be free from harm, Before I become ill the protocol is you Never verbally or physically abuse a client She also stated I was nothing at one point Staff Ms Green had to hold her back I have been in Emotional distress due to this Incident, I left VA fearing for my life and went to BW Hospital And the defendant filed Pleadings and sent to District Court and had my wrong Address so thats why I am just responding

Michelle Harrison
419 37th Pl SE #201
Washington DC
202 575 2463, 202 471-0773

RECEIVED
OCT 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michelle Harrison

vs

Ms Evette Lane
Nurse

Local Rule 65.1

On October 26, 2006 at I Michelle Harrison Hand delivered a tro motion to:

Karen L Melnik
AU.SP
555 fourth Street NW
Washington DC 20530
RM E4112

this was done at approximately 11:45 AM

Michelle Harrison
419 37th pl SE wash DC 20019
202 575-2463, 202 471-0723