UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHELLE HARRISON, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 06-1756 (RJL)
 )
NURSE EVETTE LANE, )
 )
    Defendant. )

## ORDER

It is hereby

ORDERED that, within 45 days of entry of this Order, defendant shall file a dispositive motion.

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date: 3/28/07