UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| MICHELLE HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1756 (RJL) |
| | ) | |
| NURSE EVETTE LANE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed a motion to dismiss on May 2, 2007. Because a ruling on defendant's motion potentially would dispose of this case, the Court issued an Order on May 10, 2007 to advise the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the local rules of this Court. Plaintiff was notified that, if she failed to file an opposition or other response to defendant's motion by June 1, 2007, the Court may treat the motion as conceded. To date, plaintiff has filed neither an opposition nor a request for more time to do so.

Accordingly, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #5] is GRANTED as conceded, and it is further

ORDERED that this civil action is DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date:

6/18/07